## No. 6638.

### NALLE & CAMMACK VS. W. P. TERRIL.    LEHMAN, ABRAHAM & CO. INTERVENORS.

Where a privilege is claimed upon a quantity of cotton, the value of which is shewn to be over five hundred dollars, and a sequestration is made of it, and parties intervene claiming a superior privilege, and obtain a release of the sequestration on a bond of $500, a motion to dismiss, on the ground that the amount in dispute is below the appealable sum, will be refused.

APPEAL from the Fifth District Court of New Orleans.    ROGERS, J.

*Brewer & Tucker* for Plaintiffs.    *Craig* for Defendant.    *Braughn, Buck, Dinkelspiel* for intervenors.

After stating the case,

SPENCER, J.    The property sequestered is shown to be worth $589.78.    The contention is that the intervenors, who are appellants, are bound only to the amount of their release bond, which is for $500. This is true as to their surety, but not as to them.    They are liable to the amount of the value of the property, of which they obtained the possession by delivery under their bond.

*Motion denied.*